AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Sara Aviel | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00778 |
| Sergio Gor, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Sara Aviel .

Date: 03/17/2025

/s/ M Moore
*Attorney's signature*

M Moore (DC Bar No. 90004368)
*Printed name and bar number*
2100 L Street NW, Suite 400
Washington, DC 20037

*Address*

mmoore@zuckerman.com
*E-mail address*

(202) 778-1800
*Telephone number*

(202) 822-8106
*FAX number*