UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SARA AVIEL,

       *Plaintiff,*

    –v.–

SERGIO GOR, *et. al.*,

       *Defendants.*

Case No. 25-cv-00778

**MOTION FOR *PRO HAC VICE* ADMISSION OF AARON ZELINSKY
AS COUNSEL FOR PLAINTIFF**

Pursuant to Local Civil Rule 83.2(c), I hereby move for admission *pro hac vice* of Aaron Zelinsky as lead counsel for Plaintiff Sara Aviel. A declaration from Aaron Zelinsky, a certificate of good standing from the Maryland Bar, and a proposed order are filed herewith.

Dated: March 17, 2025

Respectfully submitted,

*/s/ M Moore*
M Moore (DC Bar No. 90004368)
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8106
mmoore@zuckerman.com

*Counsel for Plaintiff Sara Aviel*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 17th day of March, 2025, I caused the foregoing to be served on counsel of record via the Court's electronic case filing system.

                                                */s/ M Moore*
                                                M Moore

                                                *Attorney for Plaintiff Sara Aviel*