## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA AVIEL,<br><br>*Plaintiff,*<br><br>–v.–<br><br>SERGIO GOR, *et. al.*,<br><br>*Defendants.* | Case No. 25-cv-00778 |

### [PROPOSED] ORDER

Upon consideration of the motion to admit Aaron Zelinsky to appear in the action *pro hac vice*, it is hereby **ORDERED** that this motion is **GRANTED**.

Dated: March _____, 2025

_____
The Hon. _____
United States District Judge