**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SARA AVIEL,

        *Plaintiff,*

        –v.–

SERGIO GOR, *et. al.*,

        *Defendants.*

Case No. 25-cv-00778

**[PROPOSED] ORDER**

Upon consideration of the motion to admit Aaron Chou to appear in the action *pro hac vice*, it is hereby **ORDERED** that this motion is **GRANTED**.

Dated: March _____, 2025

_____

The Hon. _____

United States District Judge