# Exhibit A

From: **Morse, Trent M. EOP/WHO** <Trent.M.Morse@who.eop.gov>
Date: Fri, Feb 28, 2025 at 4:17 PM
Subject: Inter-American Foundation
To: ██████████ <██████████>
Cc: MaroccoPW@state.gov <MaroccoPW@state.gov>

Lesley,

Given the President's inability to supervise the activities of the Board-less IAF, he has inherent authority to designate an acting Chairman of the Board. The Federal Vacancies Reform Act [FVRA] excludes the IAF because its members are confirmed by the Senate and sit on a board "composed of multiple members" which controls a "Government corporation." 5 U.S.C. § 3349c(1). The FVRA also appears to exempt the IAF from its requirement that the FVRA serve as the "exclusive means for temporarily authorizing an acting official." *Id.* §§ 3347(a), 3349c. Additionally, the IAF's organic statute does not include any mechanism for the President to designate acting officials. *See* 22 U.S.C. § 290f. Therefore, the President currently has no way of ensuring the agency is running, or complying with his executive order, unless he directs an acting official using inherent authority under Article II.

On behalf of President Donald J. Trump, Peter Marocco has been temporary appointed acting chairman and board member of the Inter-American Foundation.


Trent Morse

Deputy Director

Presidential Personnel