UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SARA AVIEL,

      *Plaintiff,*

      –v.–

SERGIO GOR, *et. al.*,

      *Defendants.*

Case No. 25-cv-00778

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiff's motion for a temporary restraining order and accompanying brief, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that (1) Defendants may not remove Plaintiff from her office as President of the Inter-American Foundation (IAF), or in any way treat her as having been removed, or in any way deny her access to the benefits or resources of her office, or otherwise obstruct her from her ability to carry out her duties, absent a decision by the lawfully-constituted board of the IAF to remove her from office;

(2) Defendants may not appoint Peter Marocco or any other person as an acting member of the Board of the IAF, may not appoint Peter Marocco or any other person as President in place of Plaintiff, or otherwise recognize any other person as a member of the Board of the IAF absent Senate confirmation;

(3) any actions related to the IAF taken or contemplated to be taken by Defendant Peter Marocco in his capacity as the purported President of the IAF or as a member of the Board of the IAF, any other Defendant, or any other person acting in concert with the Defendants purportedly

2

as a member of the Board of the IAF, absent Senate confirmation of such a Board member, are void ab initio and without effect.

Dated: March _____, 2025            _____
                                      The Hon. _____
                                      United States District Judge