Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SARA AVIEL

      Plaintiff

  vs.

SERGIO GOR et al

      Defendant

Civil No.   25-778   (LLA)

Category   D

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __3/18/2025__ from __Judge Amit P. Mehta__ to __Judge Loren L. AliKhan__ by direction of the Calendar Committee.

(Randomly Reassigned)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case Management Committee

cc:  Judge Amit P. Mehta  & Courtroom Deputy
    Judge Loren L. AliKhan  & Courtroom Deputy
Liaison, Calendar and Case Management Committee