AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Sara Aviel | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00778-LLA |
| Sergio Gor, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Sara Aviel   .

Date:   03/18/2025

/s/ Aaron Zelinsky
*Attorney's signature*

Aaron Zelinsky (MD Bar No. 1306190342)
*Printed name and bar number*
100 East Pratt Street, Suite 2440
Baltimore, MD 21202

*Address*

azelinsky@zuckerman.com
*E-mail address*

(410) 949-1167
*Telephone number*

(410) 659-0436
*FAX number*