AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Sara Aviel | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00778-LLA |
| Sergio Gor, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Sara Aviel.

Date: 03/18/2025

/s/ Aaron Chou
*Attorney's signature*

Aaron Chou (DC Bar No. 90020425)
*Printed name and bar number*
2100 L Street NW, Suite 400
Washington, DC 20037

*Address*

achou@zuckerman.com
*E-mail address*

(202) 778-1864
*Telephone number*

(202) 822-8106
*FAX number*