UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA AVIEL,<br><br>  *Plaintiff*,<br><br> v.<br><br>SERGIO GOR, *et al.*,<br><br>  *Defendants*. | Civil Action No. 25-778 (LLA) |

## ORDER

  Plaintiff Sara Aviel filed this action on March 17, 2025, seeking to enjoin Defendants from removing her as President of the Inter-American Foundation ("IAF"). ECF Nos. 1, 5.

  Based on Defendants' representations at today's Scheduling Conference that they will (1) extend the March 19, 2025 deadline for grantees to return funds to the IAF until the court rules on Plaintiff's motion for a temporary restraining order and preliminary injunction, and (2) notify all grantees of the extension by 5:00 p.m. on March 19, 2025—the court defers consideration of Plaintiff's request for an immediate administrative stay.

  The court proposed two potential schedules for briefing and a hearing on Plaintiff's motion for a temporary restraining order and preliminary injunction:

- Under the first, Defendants' opposition would be due on March 21, 2025; Plaintiff's reply would be due on March 24, 2025; and the court would hold a hearing on either March 26 or March 27, 2025.

- Under the second, Defendants' opposition would be due on March 26, 2025; Plaintiff's reply would be due on March 31, 2025; and the court would hold a hearing on either April 2 or April 3, 2025.

The court explained that it would implement one of these schedules after receiving supplemental filings from the parties. Accordingly, it is hereby

**ORDERED** that Defendants shall file a status report and declaration by 4:00 p.m. on March 19, 2025, advising the court of the following: (1) the number of grantees who have received disbursements from the IAF for the current fiscal year and the amount that each grantee has received; (2) which grantees have returned funds to the IAF and the amounts that each grantee has returned; (3) whether, in light of this information, Defendants agree to return the funds to the grantees while the court considers Plaintiff's motion for a temporary restraining order and preliminary injunction; and (4) which schedule Defendants prefer.  It is further

**ORDERED** that Plaintiff shall file a response to Defendants' filing by 5:30 p.m. on March 19, 2025, indicating her position on the proposed briefing and hearing schedule.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:   March 19, 2025