UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA AVIEL,<br><br>   Plaintiff,<br><br> v.<br><br>SERGIO GOR, et al.,<br><br>   Defendants. | Civil Action No. 25-0778 (LLA) |

## NOTICE OF COMPLIANCE

Pursuant to the Court's March 19, 2025 order (ECF No. 13), Defendants respectfully submit the attached declaration of Pete Marocco, which addresses the issues raised in the Court's order.

Defendants respectfully request that the Court adopt the second schedule set forth in the March 19, 2025 Order.

Dated: March 19, 2025
   Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: /s/ John J. Bardo
  JOHN J. BARDO, D.C. Bar #1655534
  Assistant United States Attorney
  601 D Street, NW
  Washington, DC 20530
  (202) 870-6770

*Attorneys for the United States of America*