UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA AVIEL,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO GOR, et al.,<br><br>Defendants. | Civil Action No. 25-0778 (LLA) |

### DECLARATION OF PETE MAROCCO

I, Pete Marocco, pursuant to 28 U.S.C. 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. This declaration is based on my personal knowledge and information provided to me in my official capacity by others.

2. Since Thursday, January 30, 2025, I have performed the duties and functions of both Deputy Administrators of the United States Agency for International Development ("USAID"). I manage the day-to-day operations at USAID including personnel matters and operations. Since January 20, 2025, I have also served as the Director of Foreign Assistance at the Department of State. Previously, I served as a United States Marine and as a Deputy Assistant Secretary at both the Department of State and the Department of Defense. Additionally, I served on a special assignment as the Senior Advisor for Intelligence and Security to the Secretary of Commerce and served as the Assistant to the Administrator at USAID, overseeing the Bureau for Conflict Prevention and Stabilization.

3. On February 28, 2025, President Trump appointed me as an acting board member of the Inter-American Foundation ("IAF" or "the Foundation"). As the sole member of the board, I removed Sara Aviel from her position as President of the Foundation on that same day.

4. On March 7, 2025, I appointed Dominic Bumbaca as President of the Foundation.

5. In FY 2025, 230 grantees received funds from the Foundation, totaling $15,682,715.

6. On March 4, 2025, the Foundation sent notices to grantees instructing them to return any unspent funds to the Foundation within fifteen days.

7. To date, 14 grantees have returned funds to the foundation, totaling $762,253.21.

8. The Foundation will not agree to return these funds back to the grantees, but will notify grantees that have not returned funds that the deadline will be extended until the Court resolves Ms. Aviel's motion for preliminary injunction.

I declare under penalty of perjury under the laws of the United States that the information in this declaration is true and correct.

Peter Marocco

Director of Foreign Assistance

Date: March 19th, 2025