UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA AVIEL,<br><br>        Plaintiff,<br><br>  v.<br><br>SERGIO GOR, et al.,<br><br>        Defendants. | Civil Action No. 25-0778 (LLA) |

## SUPPLEMENTAL NOTICE OF COMPLIANCE

Defendants respectfully supplement their Notice of Compliance (ECF No. 14) by providing the Court with the attached spreadsheet, which itemizes, in anonymized form, "the amount that each grantee has received" during FY 2025. Order at 2 (ECF No. 13). Due to time constraints, Defendants were not able to obtain this information prior to the Court's 4:00 p.m. deadline.

Dated: March 19, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: /s/ John J. Bardo
    JOHN J. BARDO, D.C. Bar #1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*