| Grantee | FY 25 Amount ($) |
|---|---:|
| Grantee 1 | 22,170.00 |
| Grantee 2 | 82,600.00 |
| Grantee 3 | 45,560.00 |
| Grantee 4 | 44,080.00 |
| Grantee 5 | 142,368.00 |
| Grantee 6 | 34,310.00 |
| Grantee 7 | 50,745.00 |
| Grantee 8 | 44,333.00 |
| Grantee 9 | 30,580.00 |
| Grantee 10 | 42,640.00 |
| Grantee 11 | 122,776.00 |
| Grantee 12 | 97,125.00 |
| Grantee 13 | 21,647.00 |
| Grantee 14 | 95,640.00 |
| Grantee 15 | 113,591.00 |
| Grantee 16 | 9,145.00 |
| Grantee 17 | 97,881.00 |
| Grantee 18 | 55,547.00 |
| Grantee 19 | 183,401.00 |
| Grantee 20 | 81,833.00 |
| Grantee 21 | 13,000.00 |
| Grantee 22 | 46,013.00 |
| Grantee 23 | 78,500.00 |
| Grantee 24 | 17,754.00 |
| Grantee 25 | 65,820.00 |
| Grantee 26 | 109,733.00 |
| Grantee 27 | 33,063.00 |
| Grantee 28 | 77,390.00 |
| Grantee 29 | 13,306.00 |
| Grantee 30 | 27,724.00 |
| Grantee 31 | 47,755.00 |
| Grantee 32 | 122,105.00 |
| Grantee 33 | 20,589.00 |
| Grantee 34 | 23,500.00 |
| Grantee 35 | 138,232.00 |
| Grantee 36 | 60,000.00 |
| Grantee 37 | 31,673.00 |
| Grantee 38 | 193,114.00 |
| Grantee 39 | 13,345.00 |
| Grantee 40 | 36,283.00 |
| Grantee 41 | 50,650.00 |
| Grantee 42 | 48,079.00 |
| Grantee 43 | 70,000.00 |

| Grantee | Amount |
|---|---|
| Grantee 44 | 47,696.00 |
| Grantee 45 | 41,200.00 |
| Grantee 46 | 265,405.00 |
| Grantee 47 | 69,828.00 |
| Grantee 48 | 18,375.00 |
| Grantee 49 | 49,515.00 |
| Grantee 50 | 85,615.00 |
| Grantee 51 | 41,230.00 |
| Grantee 52 | 41,955.00 |
| Grantee 53 | 0.00 |
| Grantee 54 | 68,106.00 |
| Grantee 55 | 28,100.00 |
| Grantee 56 | 55,000.00 |
| Grantee 57 | 84,966.00 |
| Grantee 58 | 6,168.00 |
| Grantee 59 | 89,300.00 |
| Grantee 60 | 60,000.00 |
| Grantee 61 | 182,221.00 |
| Grantee 62 | 106,950.00 |
| Grantee 63 | 37,600.00 |
| Grantee 64 | 48,650.00 |
| Grantee 65 | 47,317.00 |
| Grantee 66 | 25,320.00 |
| Grantee 67 | 44,688.00 |
| Grantee 68 | 105,332.00 |
| Grantee 69 | 29,613.00 |
| Grantee 70 | 56,235.00 |
| Grantee 71 | 18,000.00 |
| Grantee 72 | 12,975.00 |
| Grantee 73 | 53,967.00 |
| Grantee 74 | 19,940.00 |
| Grantee 75 | 40,250.00 |
| Grantee 76 | 0.00 |
| Grantee 77 | 0.00 |
| Grantee 78 | 55,538.00 |
| Grantee 79 | 64,900.00 |
| Grantee 80 | 45,837.00 |
| Grantee 81 | 20,550.00 |
| Grantee 82 | 25,950.00 |
| Grantee 83 | 4,600.00 |
| Grantee 84 | 47,650.00 |
| Grantee 85 | 90,316.00 |
| Grantee 86 | 53,530.00 |
| Grantee 87 | 114,026.00 |

| Grantee | Amount |
|---|---:|
| Grantee 88 | 53,721.00 |
| Grantee 89 | 28,956.00 |
| Grantee 90 | 87,420.00 |
| Grantee 91 | 197,175.00 |
| Grantee 92 | 101,480.00 |
| Grantee 93 | 43,366.00 |
| Grantee 94 | 71,740.00 |
| Grantee 95 | 27,014.00 |
| Grantee 96 | 106,849.00 |
| Grantee 97 | 224,068.00 |
| Grantee 98 | 94,220.00 |
| Grantee 99 | 94,573.00 |
| Grantee 100 | 47,060.00 |
| Grantee 101 | 48,616.00 |
| Grantee 102 | 21,440.00 |
| Grantee 103 | 62,000.00 |
| Grantee 104 | 79,290.00 |
| Grantee 105 | 47,300.00 |
| Grantee 106 | 181,859.00 |
| Grantee 107 | 659,439.00 |
| Grantee 108 | 90,860.00 |
| Grantee 109 | 239,465.00 |
| Grantee 110 | 17,840.00 |
| Grantee 111 | 60,000.00 |
| Grantee 112 | 20,000.00 |
| Grantee 113 | 10,039.00 |
| Grantee 114 | 17,555.00 |
| Grantee 115 | 56,000.00 |
| Grantee 116 | 62,170.00 |
| Grantee 117 | 188,381.00 |
| Grantee 118 | 113,332.00 |
| Grantee 119 | 59,022.00 |
| Grantee 120 | 117,569.00 |
| Grantee 121 | 43,066.00 |
| Grantee 122 | 85,997.00 |
| Grantee 123 | 91,174.00 |
| Grantee 124 | 23,100.00 |
| Grantee 125 | 53,870.00 |
| Grantee 126 | 26,668.00 |
| Grantee 127 | 75,595.00 |
| Grantee 128 | 109,156.00 |
| Grantee 129 | 87,000.00 |
| Grantee 130 | 110,200.00 |
| Grantee 131 | 78,686.00 |

| Grantee | Amount |
|---|---|
| Grantee 132 | 15,627.00 |
| Grantee 133 | 67,818.00 |
| Grantee 134 | 29,982.00 |
| Grantee 135 | 150,000.00 |
| Grantee 136 | 34,600.00 |
| Grantee 137 | 19,587.00 |
| Grantee 138 | 57,500.00 |
| Grantee 139 | 27,150.00 |
| Grantee 140 | 10,203.00 |
| Grantee 141 | 0.00 |
| Grantee 142 | 243,135.00 |
| Grantee 143 | 126,867.00 |
| Grantee 144 | 22,790.00 |
| Grantee 145 | 402,600.00 |
| Grantee 146 | 52,700.00 |
| Grantee 147 | 77,778.00 |
| Grantee 148 | 61,461.00 |
| Grantee 149 | 24,947.00 |
| Grantee 150 | 62,250.00 |
| Grantee 151 | 32,427.00 |
| Grantee 152 | 10,757.00 |
| Grantee 153 | 36,500.00 |
| Grantee 154 | 61,250.00 |
| Grantee 155 | 20,776.00 |
| Grantee 156 | 90,206.00 |
| Grantee 157 | 20,150.00 |
| Grantee 158 | 28,372.00 |
| Grantee 159 | 50,190.00 |
| Grantee 160 | 37,499.00 |
| Grantee 161 | 36,250.00 |
| Grantee 162 | 54,620.00 |
| Grantee 163 | 59,679.00 |
| Grantee 164 | 121,114.00 |
| Grantee 165 | 20,830.00 |
| Grantee 166 | 109,422.00 |
| Grantee 167 | 42,490.00 |
| Grantee 168 | 92,656.00 |
| Grantee 169 | 90,550.00 |
| Grantee 170 | 99,992.00 |
| Grantee 171 | 40,600.00 |
| Grantee 172 | 239,419.00 |
| Grantee 173 | 41,256.00 |
| Grantee 174 | 65,800.00 |
| Grantee 175 | 63,162.00 |

| Grantee | Amount |
|---|---|
| Grantee 176 | 24,941.00 |
| Grantee 177 | 24,850.00 |
| Grantee 178 | 27,766.00 |
| Grantee 179 | 32,900.00 |
| Grantee 180 | 20,480.00 |
| Grantee 181 | 135,991.00 |
| Grantee 182 | 19,651.00 |
| Grantee 183 | 250.00 |
| Grantee 184 | 63,045.00 |
| Grantee 185 | 25,000.00 |
| Grantee 186 | 47,000.00 |
| Grantee 187 | 32,623.00 |
| Grantee 188 | 65,713.00 |
| Grantee 189 | 35,946.00 |
| Grantee 190 | 29,709.00 |
| Grantee 191 | 99,020.00 |
| Grantee 192 | 34,030.00 |
| Grantee 193 | 20,150.00 |
| Grantee 194 | 12,600.00 |
| Grantee 195 | 30,744.00 |
| Grantee 196 | 90,450.00 |
| Grantee 197 | 36,084.00 |
| Grantee 198 | 52,805.00 |
| Grantee 199 | 51,000.00 |
| Grantee 200 | 59,215.00 |
| Grantee 201 | 33,696.00 |
| Grantee 202 | 53,900.00 |
| Grantee 203 | 46,800.00 |
| Grantee 204 | 54,448.00 |
| Grantee 205 | 164,350.00 |
| Grantee 206 | 48,332.00 |
| Grantee 207 | 14,398.00 |
| Grantee 208 | 51,200.00 |
| Grantee 209 | 38,500.00 |
| Grantee 210 | 7,000.00 |
| Grantee 211 | 35,845.00 |
| Grantee 212 | 134,440.00 |
| Grantee 213 | 30,280.00 |
| Grantee 214 | 12,229.00 |
| Grantee 215 | 79,960.00 |
| Grantee 216 | 40,277.00 |
| Grantee 217 | 149,650.00 |
| Grantee 218 | 51,400.00 |
| Grantee 219 | 0.00 |

| | |
|---|---:|
| Grantee 220 | 46,864.00 |
| Grantee 221 | 27,800.00 |
| Grantee 222 | 13,146.00 |
| Grantee 223 | 87,986.00 |
| Grantee 224 | 25,310.00 |
| Grantee 225 | 26,727.00 |
| Grantee 226 | 50,000.00 |
| Grantee 227 | 60,000.00 |
| Grantee 228 | 567,954.00 |
| Grantee 229 | 236,000.00 |
| Grantee 230 | 94,953.00 |
| | 15,682,715.00 |