UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA AVIEL,<br><br>*Plaintiff,*<br><br>–v.–<br><br>SERGIO GOR, *et. al.*,<br><br>*Defendants.* | Case No. 25-cv-00778-LLA |

**STATUS REPORT**

Plaintiff files this Status Report pursuant to the Court's March 19, 2025 Order (ECF No. 13). Plaintiff does not object to Defendants' request to adopt the second schedule set forth in the March 19, 2025 Order.

Counsel for Defendants confirmed today in court that the already-returned grant funds would be held at the IAF for the pendency of the preliminary injunction litigation. That commitment is contained in neither the Marocco Declaration (ECF No. 14-1) nor the Notice of Compliance (ECF No. 14). Plaintiff contacted Defendants seeking to agree upon language to include in this Status Report memorializing their commitment, but Defendants declined to agree and also declined to propose any alternative language. Plaintiff is confident the Defendants will stand by their public commitments in open court. Nevertheless, Plaintiff respectfully requests that this Court order explicitly that the $762,253.21 in returned grant funds not be transferred, disbursed, or encumbered and that the funds remain at the IAF until the Court resolves Plaintiff's motion for preliminary injunction.

Plaintiff also notes that there are substantial disagreements between the parties regarding the facts contained in the Marocco Declaration (ECF No. 14-1), including in Paragraph 3.

Dated: March 19, 2025                               Respectfully submitted,

/s/ Aaron S.J. Zelinsky
Aaron S.J. Zelinsky*
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
Tel: (410) 332-0444
Fax: (410) 659-0436
azelinsky@zuckerman.com

Aaron Chou (DC Bar No. 90020425)*
M Moore (DC Bar No. 90004368)
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8106
achou@zuckerman.com
mmoore@zuckerman.com

*Counsel for Plaintiff Sara Aviel*

*Pro hac vice*