UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA AVIEL,<br><br>        Plaintiff,<br><br>    v.<br><br>SERGIO GOR, et al.,<br><br>        Defendants. | Civil Action No. 25-0778 (LLA) |

## **DEFENDANT'S STATUS REPORT**

Pursuant to the Court's March 19, 2025 minute order Defendants respectfully provide the Court with a description of the of the notice that they sent to Inter-American Foundation grantees yesterday, before 5:00 p.m. The notice stated as follows:

Dear IAF Grantee,

As a quick update, in reference to the previous Grant Termination Notice (sent March 4, 2025), the deadline (March 19, 2025) to send remaining, unspent funds has been extended indefinitely. Thank you.

Any urgent questions should be sent to dbumbaca@iaf.gov.

With regards,
Inter-American Foundation

\*   \*   \*

Dated: March 20, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: /s/ John J. Bardo
    JOHN J. BARDO, D.C. Bar #1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*