*The White House,*

March 10, 2025

*To the*

*Senate of the United States.*

*I nominate* Kenneth Jackson, of Texas, to be a Member of the Board of Directors of the Inter-American Foundation for a term expiring September 20, 2028, vice Hector E. Morales, term expired.

Laken Rapier, of Texas, to be a Member of the Board of Directors of the African Development Foundation for a term expiring September 22, 2027, vice Linda Thomas-Greenfield, term expired.

Russell Vought, of Virginia, to be a Member of the Board of Directors of the African Development Foundation for a term expiring September 27, 2027, vice Linda I. Etim, term expired.

Russell Vought, of Virginia, to be a Member of the Board of Directors of the Inter-American Foundation for a term expiring September 20, 2030, vice J. Kelly Ryan, term expired.

