UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA AVIEL,<br><br>        Plaintiff,<br><br>    v.<br><br>SERGIO GOR, et al.,<br><br>        Defendants. | Civil Action No. 25-0778 (LLA) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's motion for a temporary restraining order and preliminary injunction, Defendants' opposition thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion is DENIED.

SO ORDERED:

_____        _____
Date                                                       LOREN L. ALIKHAN
                                                                    United States District Judge