# Exhibit D

From: **Morse, Trent M. EOP/WHO** <Trent.M.Morse@who.eop.gov>
Date: Wed, Feb 26, 2025 at 6:45 PM
Subject: Message from PPO
To: saviel@iaf.gov <saviel@iaf.gov>

Sara,

At the direction of President Donald J. Trump, I am writing to inform you that your position on the Inter-American Foundation is terminated, effective immediately.

Trent Morse

Deputy Director
Office of Presidential Personnel