# Exhibit E

# LEAVE AND EARNINGS STATEMENT

```
 NET PAY                                                    PAY PERIOD:           06
$     466.88                                             ENDING DATE:    2025-03-08
TO:   BANK                                          OFFICIAL PAY DATE:   2025-03-18
NAME: ███████████████████                                         PAGE 1 OF 1
```

EMPLOYEE IS RESPONSIBLE FOR VERIFICATION OF PAY, DEDUCTIONS, AND LEAVE.

```
                        CURRENT P/P          ADJUSTMENTS         TOTAL
***DESCRIPTION***     HRS      AMOUNT      HRS      AMOUNT        YTD           ***BASIC INFORMATION***

EARNINGS/OTHER PAY                                                               SSN              XXX-XX-XXXX
  REG $93.53 PH      24.00    $2244.72                                           PAY-PLN/GR/ST    AD/00/00
  GROSS PAY                   $2244.72                        $39403.92          SALARY - (PA)    $195200
                                                                                 SCD (LEAVE)      99-05-01
DEDUCTIONS                                                                       FLSA CLASS       EXEMPT
  FEDERAL TAXES                $134.09                         $6464.25          CUM RET AGNCY    $4220.46
    MJ/0  EXEMP/  0 EXTRA /MULTI JOB                                             TSP ($/%)             0%
  STATE TAXES        DC         $99.72                         $2758.38          TSP ROTH($/%)     $885.00
    SINGLE  / 0  EXEMPT/  0 EXTRA                                                DUTY STATION          DC
  HLTH INS-PRE       342       $201.52                         $1183.64
  DENTAL/VISION COM              $41.64                         $166.56          **YTD TAXABLE EARNINGS**
  FLEX DEP          BEN         $192.30                        $1153.80
  FLEX HLTH         BEN          $38.46                         $230.76          FEDERAL          $36669.16
  TSP ROTH                      $885.00                        $5310.00          STATE     DC     $36669.16
  RET. FERS          .8%         $17.96                         $315.24
  OASDI             6.2%        $109.79                        $2273.48
  MEDICARE         1.45%         $25.68                         $531.70
  FEGLI-REG                      $31.68                         $188.80
TOTAL DEDUCTIONS               $1777.84                       $20576.61
```

```
    ***AGENCY CONTRIBUTIONS***             ***W-2 MAILING ADDRESS***
   ITEM             P/P       YTD          ███████████████████
                                           WASHINGTON              DC  █████
  FERS           $413.03    $7250.31
  OASDI          $109.79    $2273.48
  MEDICARE        $25.68     $531.70
  FEGLI INS       $15.84      $94.40
  HLTH INS       $604.56    $3550.90
  TSP SAV BASIC   $22.45     $394.03
  TSP SAV MATCH   $89.79    $1576.17
```

```
LEAVE CAT LVYR  BEGIN      ACCRD              USD                BAL      PROJ      MAX      USE/
TYPE  (8) C/O  PP BAL    PP      YTD      PP       YTD    ADV    AVAIL    YR END    C/O      LOSE

ANN      240.00  264.00   24.00                                 264.00              240.00    24.00
SICK     323.00  335.00   12.00                                 335.00
TRAVEL            56.30                                          56.30
CREDIT    24.00   24.00                                          24.00
REL CT     8.00    8.00                                           8.00
```

TRVL COMP TIME EXPIRES (HRS, PP)   16.00 202507
IRS FREE FILE MAY BE AVAILABLE FOR INDIVIDUALS BASED ON THEIR ADJUSTED GROSS INCOME. VISIT
WWW.IRS.GOV/FREEFILE FOR 2024 INCOME LIMITS AND PREPARE AND FILE YOUR TAXES THE FAST, SAFE, AND FREE
WAY.