# Exhibit F



## IAF Board Transcript - February 28, 2025
1 message

**Ethan Shaotran - AD** <ethan.shaotran@gsa.gov>                    Mon, Mar 3, 2025 at 10:03 AM
To: "███████████" <███████████>, "███████████" <███████████>
Cc: Nate Cavanaugh - Q2 <nate.cavanaugh@gsa.gov>

**IAF Board Transcript - February 28, 2025**

Board is in session at 4:26 PM
Note taking: Ethan Shaotran
In attendance: Pete Marocco, Nate Cavanaugh, Ethan Shaotran
Location: Inter-American Foundation Headquarters

Pete: Board meeting needs to take place now, it's an emergency board meeting. President Trump's EO says this agency needs to be reduced to statutory minimum (and we need to send a report to OMB), so there's no time to give public notice of 1 week, pursuant to 5 U.S.C. 552b(e)(1), so a majority of the board votes to have the meeting right now. Public notice will be given as early as is practical once we have access to IAF systems. I have tried to contact the COO. I am at the office of IAF right now, but no one is here to let me in.

I have tried to make every reasonable existing contact to the Inter American Foundation.

Pursuant to 22CFR1004.6(d), the General Counsel is supposed to certify that a meeting can be closed to the public, but I can't get in contact with the General Counsel, who is not in the office.

I vote to close the board meeting pursuant to 22CFR1004.6(a)(1). Pursuant to 22CFR1004.4(b), this meeting will relate solely to the personnel rules and practices of the agency.

As Chairman and only member of the board, ██████████████████████████████████████████████
████████████████████████████████████████████████████████████Until I am more familiar with the agency and can appoint a new one, I am designating myself as the acting CEO and President of the IAF. Board meeting is now closed.