# Exhibit G

**Department of Government Efficiency** ✓
@DOGE

The Inter-American Foundation, an agency whose primary action was to issue foreign grants ($60M budget), has been reduced to its statutory minimum (1 active employee). Examples of grants that were cancelled in the process:

- $903,811 for alpaca farming in Peru
- $364,500 to reduce social discrimination of recyclers in Bolivia
- $813,210 for vegetable gardens in El Salvador
- $323,633 to promote cultural understanding of Venezuelan migrants in Brazil
- $731,105 to improve marketability of mushrooms and peas in Guatemala
- $677,342 to expand fruit and jam sales in Honduras
- $483,345 to improve artisanal salt production in Ecuador
- $39,250 for beekeeping in Brazil

3:37 PM · Mar 4, 2025 · **4.6M** Views

💬 1.9K      🔁 7.1K      ♡ 28K      🔖 1.3K      ⬆

Read 1.9K replies