UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA AVIEL,<br><br>       Plaintiff,<br><br>  v.<br><br>SERGIO GOR, et al.,<br><br>       Defendants. | Civil Action No. 25-0778 (LLA) |

## **NOTICE**

    Defendants respectfully submit the attached transcript from the February 28, 2025, meeting of the Inter-American Foundation Board of Directors.

| | |
|---|---|
| Dated: April 2, 2025 | Respectfully submitted,<br><br>EDWARD R. MARTIN, JR., D.C. Bar #481866<br>United States Attorney<br><br>By:    */s/ John J. Bardo*<br>      JOHN J. BARDO, D.C. Bar #1655534<br>      Assistant United States Attorney<br>      601 D Street, NW<br>      Washington, DC 20530<br>      (202) 870-6770<br><br>*Attorneys for the United States of America* |