

Aaron Zelinsky
PARTNER
Zuckerman Spaeder LLP
AZeilnsky@zuckerman.com
410.949.1167

April 5, 2025

**Via CM/ECF**

Hon. Loren AliKhan
District Court Judge.
U.S. District Court for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue NW
Washington, D.C. 20001

  Re: *Aviel v. Gor*, LLA-25-778

Dear Judge AliKhan:

  We write to express concern regarding the implementation of the Court's order reinstating Ms. Aviel as the lawful President and CEO of the IAF. *See* ECF 22, at 1.

  Upon the issuance of the order, Ms. Aviel promptly attempted to return to her position and to mitigate harms already done to the IAF as a result of her unlawful firing and Mr. Marocco's unlawful appointment.[1] However, Ms. Aviel has been unable to access her official email, which is critical to her doing her job as the head of the agency.

  Immediately after the order was issued at approximately 3:17PM on Friday, April 4, Ms. Aviel promptly contacted Mr. Bumbaca, the IT manager for the IAF, so she could have her email re-activated. Mr. Bumbaca told her he attempted but was unable to do so, because unbeknownst to him until that moment, his administrative access to the IAF email system had been revoked. Mr. Bumbaca indicated he believed that his administrative access had been removed withing the last 48 hours (*i.e.*, sometime on April 3 or April 4, likely after the Court announced the day prior that it planned to rule by April 4 at midnight). Mr. Bumbaca continues to be unable to access the IAF system and cannot give Ms. Aviel critical access to her official email account. At this time, it is

---

[1] *See, e.g.*, Danica Coto, *Upheaval at Inter-American Foundation Slashes Critical Aid in Haiti, Report Says*, Associated Press, April 4, 2025, available at https://apnews.com/article/haiti-trump-interamerican-foundation-grants-29332b27090af6349eac237eb1e76fac (noting that there has already been extensive harm from the attempted shutdown of the IAF, and concern among partners that "What we've seen this administration do with other similar court rulings, they restore the program…but they still don't send the funding.").

unclear who in the United States government has administrative access to the IAF computer systems.

While we hope that this is an inadvertent oversight, accidental glitch, or unintended mistake, and we would assume the federal government would not seek actively to flout the Court's ruling by preemptively disabling IT access to IAF systems and making Ms. Aviel's official accounts difficult to restore, the timing of Mr. Bumbaca's loss of access—within forty-eight hours prior to this Court's ruling being issued—is of concern.

At 8:30 PM on Friday, April 4, 2025, undersigned counsel notified counsel for the Defendants, Mr. Bardo, of these concerns and asked for a prompt update on the status of Ms. Aviel's official accounts.  At 9:23 PM Mr. Bardo replied that he had alerted his clients to the issue. Undersigned counsel thank Mr. Bardo for his reply and stated that we planned to inform the Court if Ms. Aviel's access had not been restored within twelve hours.  We requested an update before 9:30AM this morning.  More than twelve hours have passed. We have heard nothing from counsel and Ms. Aviel still lacks access to her work email account.  Ms. Aviel—the lawful President of the IAF—does not know who controls the IAF email systems, and the government has failed to respond to our requests for further information.

We respectfully request that the Defendants be ordered to promptly restore Ms. Aviel's access to her work email and any other IAF systems to which she previously had access, so that she may carry out her duties consistent with the Court's order in this case.

    Respectfully Submitted

    /s/   Aaron S.J. Zelinsky
    Aaron S.J. Zelinsky

    *Counsel for Plaintiff Sara Aviel*

cc: All counsel of record (via CM/ECF)