UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA AVIEL,<br><br>   Plaintiff,<br><br> v.<br><br>SERGIO GOR, et al.,<br><br>   Defendants. | Civil Action No. 25-0778 (LLA) |

## **NOTICE**

Pursuant to the Court April 5, 2025, minute order, Defendants report that they have fully complied with the Court's April 5, 2025 Order (ECF No. 23). Specifically, all Inter-American Foundation employees have been given notice of the Court's order and Plaintiff Sara Aviel's iaf.gov email account has been reactivated.

Dated: April 5, 2025
   Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:    */s/ John J. Bardo*
  JOHN J. BARDO, D.C. Bar #1655534
  Assistant United States Attorney
  601 D Street, NW
  Washington, DC 20530
  (202) 870-6770

*Attorneys for the United States of America*