UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA AVIEL,<br><br>        Plaintiff,<br><br>   v.<br><br>SERGIO GOR, et al.,<br><br>        Defendants. | Civil Action No. 25-0778 (LLA) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion to stay the Court's April 4, 2025 order pending an appeal, and the entire record herein it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that the April 4, 2025 order shall be STAYED, pending an appeal.

SO ORDERED:


_____   _____
Date                                                                    LOREN L. ALIKHAN
                                                               United States District Judge