UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA AVIEL,<br><br>        Plaintiff,<br><br>    v.<br><br>SERGIO GOR, et al.,<br><br>        Defendants. | Civil Action No. 25-0778 (LLA) |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's April 4, 2025 Order (ECF No. 23), Defendants respectfully advise the Court that they are in compliance with the Court's order. Plaintiff Sara Aveil has been reinstated as president of the Inter-American Foundation and Peter Marocco is not acting as a Board Member of the Foundation. A copy of the notice sent to the Foundation's employees and grantees is attached hereto as Exhibits 1 and 2 respectively.

Defendants acknowledge that they did not send notice to the grantees until earlier today. Defendants attempted to send notice to the grantees on Friday, April 4 but were unable to access the database with the grantees' information until earlier today. Defendants apologize to the Court for the delay.

\*    \*    \*

2

Dated: April 7, 2025	Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney


By:       */s/ John J. Bardo*
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*