# Exhibit 1

| | |
|---|---|
| **From:** | Nate Cavanaugh - Q2 |
| **To:** | Aimonetti, Justin W. EOP/DOGE |
| **Cc:** | Ethan Shaotran - AD; Justin Fox - A |
| **Subject:** | Fwd: Update on Inter-American Foundation |
| **Date:** | Friday, April 4, 2025 5:55:55 PM |
| **Attachments:** | IAF.pdf |

Justin,

We emailed all 37 IAF employees the attachment to their personal emails in BCC.

Nate

---------- Forwarded message ---------
From: **IAF Team** <team@iaf.gov>
Date: Fri, Apr 4, 2025 at 5:54 PM
Subject: Fwd: Update on Inter-American Foundation
To: <nate.cavanaugh@gsa.gov>




---------- Forwarded message ---------
From: **IAF Team** <team@iaf.gov>
Date: Fri, Apr 4, 2025 at 5:52 PM
Subject: Update on Inter-American Foundation
To:




--
Nate Cavanaugh
202-941-1935

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRISTOSAL HUMAN RIGHTS, *et al.*,

    *Plaintiffs*,

v.

PETER MAROCCO, *et al.*,

    *Defendants*.

Civil Action No. 25 - 857 (LLA)

# ORDER

On April 4, 2025, the court issued an order, *see* ECF No. 18-1, granting the plaintiff's motion for a preliminary injunction in *Aviel v. Gor*, No. 25-CV-778. In light of that order, which appears to grant all the preliminary relief requested by Plaintiffs in this action, it is hereby **ORDERED** that Plaintiffs shall show cause, on or before **5:00 p.m.** on **Monday, April 7, 2025**, whether the court is required to rule on Plaintiffs' Motion for a Preliminary Injunction, ECF No. 6, or whether the parties may proceed directly to expedited summary judgment briefing, in which case they should confer with the parties in *Aviel* and propose a joint briefing schedule on or before April 9, 2025.

    **SO ORDERED.**

LOREN L. ALIKHAN
United States District Judge

Date: April 4, 2025

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SARA AVIEL,

    *Plaintiff*,

v.

SERGIO GOR, *et al.*,

    *Defendants*.

Civil Action No. 25 - 778 (LLA)

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, ECF No. 22, it is hereby **ORDERED** that Plaintiff's Motion for a Preliminary Injunction, ECF No. 5, is **GRANTED**. It is further

**ORDERED** that Defendants are enjoined from removing Sara Aviel from her position as president and CEO of the Inter-American Foundation ("IAF"), from denying her the benefits of that position, and from otherwise obstructing her ability to carry out the duties of that position, absent a decision by a lawfully constituted Board of the IAF. It is further

**ORDERED** that Peter Marocco is enjoined from serving as an "acting" Board member of the IAF and from carrying out the duties of that position in any way, shape, or form, absent a lawful appointment under Article II of the United States Constitution and the Federal Vacancies Reform Act, 5 U.S.C. § 3345 *et seq.* It is further

**ORDERED** that Defendants may not appoint Peter Marocco or any other individual as an "acting" member of the IAF Board, and may not appoint Peter Marocco or any other individual as a permanent member of the IAF Board absent Senate confirmation. It is further

**ORDERED** that any actions taken by Peter Marocco in his role as "acting" Board member of the IAF—including, but not limited to, the removal of Ms. Aviel as president and CEO of the IAF, the termination of any grants or other forms of agreements entered into by the IAF, and the attempted reduction-in-force of the IAF's employees—are *void ab initio* and without any legal effect.  It is further

**ORDERED** that Defendants must provide written notice of the court's preliminary injunction to the IAF's employees and grantees by 4:30 p.m. on April 4, 2025.  It is further

**ORDERED** that Defendants shall file a status report on or before April 7, 2025, apprising the court of the status of their compliance with this Order, including by providing a copy of the written notice(s) described above; it is further

**ORDERED** that the parties shall meet and confer and file a joint status report proposing next steps in this proceeding, including an expedited schedule for summary judgment briefing, on or before April 9, 2025.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:   April 4, 2025