IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA AVIEL,<br><br>*Plaintiff,*<br><br>–v.–<br><br>SERGIO GOR, *et. al.*,<br><br>*Defendants.* | Case No. 25-cv-00778-LLA |

## JOINT STATUS REPORT

Plaintiff Sara Aviel and the Defendants—various government entities and officials including the President sued in their official capacities— have consulted and file this joint status report proposing next steps in this proceeding. *See* ECF No. 23.

**Plaintiff's Proposal:**

       **Friday, April 18, 2025**: Plaintiff's Motion for Summary Judgment

       **Friday, May 2, 2025**: Defendants' Response

       **Wednesday, May 7, 2025**: Plaintiff's Reply

       Argument to follow at the Court's earliest convenience if necessary.[1]

**Defendants' Proposal:**

Defendants have appealed the Court's April 4, 2024, order granting Plaintiff's motion for a preliminary injunction. Not. of Appeal (ECF No. 26). Defendants anticipate the D.C. Circuit will likely order expedited briefing on the issues relating to the preliminary injunction and its ruling

---

[1] *See* Federal Practice and Procedure (Wright & Miller) § 2962 ("An appeal from the grant or denial of a preliminary injunction does not divest the trial court of jurisdiction or prevent it from taking other steps in the litigation while the appeal is pending."); *id.* at n.51 (collecting cases).

will likely be dispositive on the merits of Plaintiff's claims. For this reason, to conserve the parties' resources and advance judicial economy, Defendants respectfully propose that this Court stay any further proceedings in this case until the D.C. Circuit rules on the preliminary injunction. *See e.g., Landis v. N. Am. Co.,* 299 U.S. 248, 254 (1936) ("a decision on whether to stay a case rests on considerations of "economy of time and effort for [the Court], for counsel, and for litigants."); *Univ. of Colo. Health at Mem. Hosp. v. Burwell*, 233 F. Supp. 3d 69, 87 (D.D.C. 2017) ("a stay may serve the interests of efficiency by allowing the D.C. Circuit to provide guidance on issues affecting the disposition of this case.")

Defendants are prepared to file a motion to stay further district court proceedings on Monday, April 14, 2025.

Dated: April 9, 2025

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| EDWARD R. MARTIN, JR., D.C. Bar #481866<br>United States Attorney | /s/ Aaron S.J. Zelinsky<br>Aaron S.J. Zelinsky*<br>ZUCKERMAN SPAEDER LLP<br>100 East Pratt Street, Suite 2440<br>Baltimore, MD 21202<br>Tel: (410) 332-0444<br>Fax: (410) 659-0436<br>azelinsky@zuckerman.com |
| By: /s/ John J. Bardo<br>JOHN J. BARDO, D.C. Bar #1655534<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 870-6770<br><br>*Attorneys for the United States of America* | Aaron Chou (DC Bar No. 90020425)*<br>M Moore (DC Bar No. 90004368)<br>ZUCKERMAN SPAEDER LLP<br>2100 L Street NW, Suite 400<br>Washington, DC 20037<br>Tel: (202) 778-1800<br>Fax: (202) 822-8106<br>achou@zuckerman.com<br>mmoore@zuckerman.com<br><br>*Attorneys for Plaintiff Sara Aviel*<br><br>*Admitted pro hac vice |