# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA AVIEL,<br><br>*Plaintiff,*<br><br>–v.–<br><br>SERGIO GOR, *et. al.*,<br><br>*Defendants.* | Case No. 25-cv-00778-LLA |

**DECLARATION OF EDUARDO "EDDY" ARRIOLA IN SUPPORT OF PLAINTIFF**

1. I was confirmed by the United States Senate as a member of the Inter-American Foundation (IAF) board of directors on March 29, 2012. The statements made in this declaration are based on my personal knowledge and my understanding of information made available to me.

2. Through my position as Chair of the IAF Board, I have overseen and observed Ms. Aviel's diligent efforts to secure bipartisan championship for the IAF, and to push towards efficiency within the Foundation. Ms. Aviel has been committed to aligning the IAF's efforts with the Trump Administration's policy priorities including providing alternatives to migration and combatting narcotics trafficking. Our Board and Ms. Aviel have worked closely to ensure full alignment on strategy, while following all lawful guidance.

3. Neither President Trump nor anyone from his Office ever asked me to terminate the IAF's president and CEO, Sara Aviel. To the best of my knowledge, no other Board member received any such a directive from the President either. To this day, I have not received any communication from President Trump or anyone from his Office dismissing me from the Board of the IAF.

2

4.      Exhibit L is a true and correct copy of the public letter I wrote to Sara Aviel.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing declaration is true and correct.

Dated this 18th day of April, 2025.

Signed:      */s/ Eddy Arriola*

Print Name:   Eduardo "Eddy" Arriola

2