# Exhibit D



### Re: URGENT -- IAF contracts & DOGE

Wed, Feb 26, 2025 at 7:26 AM

To: Sara Aviel <■■■■■>, ■■■■■ <■■■■■>
Cc: OfficeDirector <OfficeDirector@iaf.gov>, ■■■■■ <■■■■■>, ■■■■■ <■■■■■>, ■■■■■ <■■■■■>

Morning all - I spoke to ARC this am.  At 7:30 last night DOGE informed Treasury leadership (SPE) to "cancel all IAF contracts by COB Thurs".  SPE informed ARC procurement director (Wes Pickens, who used to be a CO for IAF), who let Tina (who also was a former CO for IAF) know.

ARC has not rec'd anything in writing and communicated the requirements of our Inter-Agency Agreement (IAA) to SPE, as well as their concern about the legality of this.  They were going to be meeting this morning.  Tina did not have any additional information to share.

This is about ALL contracts for IAF, not just the service contracts we reviewed earlier.  Cancelation would cut off our ability to operate as an agency, I will attach a list shortly. As we said, the vise is tightening.

Lesley



www.iaf.gov

*Empowered Communities, Sustainable Results*

On Tue, Feb 25, 2025 at 9:22 PM ■■■■■ <■■■■■> wrote:

> ■■■,
>
> I will be setting up a meeting with you to discuss IAF contracts first thing in the morning based on a call we received this evening from Treasury's Senior Procurement Executive (SPE).  Please contact me in the morning. My tour tomorrow begins at 6am and you can reach me anytime between 6-9am.  I have a meeting at 9am, so if I'm unable to talk with you before then, I will try to reach you after my meeting.
>
> Thanks,
>
> ■■■



■■■■■, **Manager**

*Non Treasury Acquisition Branch (NTAB)*

*Division of Procurement Services*

Bureau of the Fiscal Service

**Phone** ███████

**Email** ███████████████