# Exhibit E



## Message from PPO
1 message

**Morse, Trent M. EOP/WHO** <​████████████████​>                               Wed, Feb 26, 2025 at 6:45 PM
To: "████████" <████████>

Sara,

At the direction of President Donald J. Trump, I am writing to inform you that your position on the Inter-American Foundation is terminated, effective immediately.


Trent Morse

Deputy Director
Office of Presidential Personnel