# Exhibit F

| Inter-American Foundation | For Pay Period Ending 03/08/2025 | Net Pay $ 466.88 |
|---|---|---|
| Earnings and Leave Statement | Pay Period # 06 | Pay Date 03/18/2025 |

| Name AVIEL, SARA MARGALIT | Pay Plan/Grade/Step AD  00  00 | Annual Salary $ 195,200.00 | Hourly Rate $ 93.53 |
|---|---|---|---|
| Home Address | | Pay Check Address | |

**Basic Information**

| Service Comp Date | 05/01/1999 | Agency | IAF | Cumulative Retirement Agency | $4,220.46 |
|---|---|---|---|---|---|
| Dept ID | IF | Duty Station | DC | | |
| Organization Code 4010000000 | | Pay Begin Date | 02/23/2025 | FLSA Class | EXEMPT |
| | | TSP Roth Amt/% | $885.00 | Financial Institution | |
| TSP Tax Deferred Amt/% | 0 % | | | | |

| Your Pay Consists of | Current | YTD | Tax Information | Mrtl Status | Exmpts Multi Jobs | Addtl Wthhld | Current Wages | YTD Wages |
|---|---|---|---|---|---|---|---|---|
| Gross Pay | 2,244.72 | 39,403.92 | | | | | | |
| Total Deductions | 1,777.84 | 20,576.61 | Federal | M | Y | 0.00 | | 36,669.16 |
| Net Pay | | 466.88 | State ( DC ) | S | 0 | 0.00 | | 36,669.16 |

### EARNINGS

| Type | | | Rate | Adjusted | ADJ Hours | Hours | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Regular | | | 93.53 | | | 24.00 | 2,244.72 | |

### DEDUCTIONS

| Type | Misc | Adjusted | Current | YTD | Type | Misc | Adjusted | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Federal Taxes | | | 134.09 | 6,464.25 | State Tax 1 ( DC ) | | | 99.72 | 2,758.38 |
| Health Benefits - Pretax | 342 | | 201.52 | 1,183.64 | Dental/Vision | | | 41.64 | 166.56 |
| | | | | | FSA HC | | | 38.46 | 230.76 |
| FSA DC | | | 192.30 | 1,153.80 | Retirement - FERS | .8 | | 17.96 | 315.24 |
| TSP Roth | | | 885.00 | 5,310.00 | Medicare Tax | 1.45 | | 25.68 | 531.70 |
| OASDI Tax | 6.2 | | 109.79 | 2,273.48 | | | | | |
| FEGLI - Regular | | | 31.68 | 188.80 | | | | | |

### BENEFITS PAID BY GOVT.

| Type | Current | YTD | Type | Current | YTD |
|---|---|---|---|---|---|
| FEGLI | 15.84 | 94.40 | FEHB | 604.56 | 3,550.90 |
| Medicare | 25.68 | 531.70 | OASDI | 109.79 | 2,273.48 |
| TSP Basic | 22.45 | 394.03 | TSP Matching | 89.79 | 1,576.17 |
| FERS | 413.03 | 7,250.31 | | | |

### LEAVE

| Type | Begin Bal Lv Current | Begin Bal Lv Yr | Earned Current | Earned YTD | Used Current | Used YTD | Adv | Ending Bal |
|---|---|---|---|---|---|---|---|---|
| Annual Leave | 264.00 | 240.00 | | 24.00 | | | | 264.00 |
| Sick Leave | 335.00 | 323.00 | | 12.00 | | | | 335.00 |
| Credit | 24.00 | 24.00 | | | | | | 24.00 |

| | | | | |
|---|---|---|---|---|
| Compensatory for Travel | 56.30 | | | 56.30 |
| Religious Comp Time | 8.00 | 8.00 | | 8.00 |

### ANNUAL LEAVE

**Category:** 8    **Projected Year End Balance:** 0.00    **Maximum Carry Over:** 240.00    **Use Or Lose Balance:** 24.00

### REMARKS

TRVL COMP TIME EXPIRES (HRS, PP) 16.00 202507
IRS FREE FILE MAY BE AVAILABLE FOR INDIVIDUALS BASED ON THEIR ADJUSTED GROSS INCOME. VISIT WWW.IRS.GOV/FREEFILE FOR 2024 INCOME LIMITS AND PREPARE AND FILE YOUR TAXES THE FAST, SAFE, AND FREE WAY.
REMARKS/MESSAGES: PAY/LEAVE QUESTIONS? CALL DOI CUSTOMER SUPPORT CENTER; 1-866-367-1272,OPTION 3,PRESS 1
EMPLOYEE IS RESPONSIBLE FOR VERIFICATION OF PAY, DEDUCTIONS, AND LEAVE.

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED