# Exhibit G

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle)<br>AVIEL, SARA MARGALIT | 2. Social Security Number | 3. Date of Birth | 4. Effective Date<br>02/26/2025 |
|---|---|---|---|

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5–A. Code<br>001 | 5–B. Nature of Action<br>CANCELLATION | 6–A. Code<br>357 | 6–B. Nature of Action<br>TERMINATION |
| 5–C. Code<br>ASM | 5–D. Legal Authority<br>CVL # 25-00778-LLA,DTD 4/4/25 | 6–C. Code<br>ZLM | 6–D. Legal Authority<br>22 U.S.C. 290(L)(1) |
| 5–E. Code<br>VWL | 5–F. Legal Authority<br>5 U.S.C. 5596 | 6–E. Code | 6–F. Legal Authority |

**7. FROM: Position Title and Number**
PRESIDENT & CEO

4010000000  IF17002

| 8. Pay Plan<br>AD | 9. Occ. Code<br>0301 | 10. Grade or Level<br>00 | 11. Step or Rate<br>00 | 12. Total Salary<br>$191900.00 | 13. Pay Basis<br>PA |
|---|---|---|---|---|---|

| 12A. Basic Pay<br>$191900.00 | 12B. Locality Adj.<br>$0.00 | 12C. Adj. Basic Pay<br>$191900.00 | 12D. Other Pay<br>$0.00 |
|---|---|---|---|

**14. Name and Location of Position's Organization**
IF00 INTER-AMERICAN FOUNDATION
EXECUTIVE OFFICE OF THE PRESIDENT

WASHINGTON,DC

**15. TO: Position Title and Number**

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|

**22. Name and Location of Position's Organization**

## EMPLOYEE DATA

| 23. Veterans Preference<br>1 | 1 – None<br>2 – 5–Point | 3 – 10–Point/Disability<br>4 – 10–Point/Compensable | 5 – 10–Point/Other<br>6 – 10–Point/Compensable/30% | 24. Tenure<br>3 | 0 – None<br>1 – Permanent | 2 – Conditional<br>3 – Indefinite | 25. Agency Use | 26. Veterans Preference for RIF<br>YES / X NO |
|---|---|---|---|---|---|---|---|---|

| 27. FEGLI<br>C0  BASIC ONLY | 28. Annuitant Indicator<br>9  NOT APPLICABLE | 29. Pay Rate Determinant<br>0 |
|---|---|---|

| 30. Retirement Plan<br>K  FERS & FICA | 31. Service Comp. Date (Leave)<br>05/01/1999 | 32. Work Schedule<br>F  FULL-TIME | 33. Part–Time Hours Per<br>Biweekly<br>Pay Period |
|---|---|---|---|

## POSITION DATA

| 34. Position Occupied<br>2 | 1 – Competitive Service<br>2 – Excepted Service | 3 – SES General<br>4 – SES Career Reserved | 35. FLSA Category<br>E | E – Exempt<br>N – Nonexempt | 36. Appropriation Code | 37. Bargaining Unit Status<br>8888 |
|---|---|---|---|---|---|---|

| 38. Duty Station Code<br>11-0010-001 | 39. Duty Station (City – County – State or Overseas Location)<br>WASHINGTON,DISTRICT OF COLUMBIA |
|---|---|

| 40. Agency Data<br>FUNC CLS 00 | 41.<br>VET STAT X | 42.<br>EDUC LVL 04 | 43.<br>SUPV STAT 2 | 44.<br>POSITION SENSITIVITY CRITICAL-SENSITIVE |
|---|---|---|---|---|

**45. Remarks**
ENTITLED TO BACK PAY UNDER 5 U.S.C. 5596.
CONSISTENT WITH UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
COLUMBIA (CIVIL ACTION NO. 25-CV-00778-LLA) PRELIMINARY INJUNCTION
DATED APRIL 4,2025, CANCELLING TERMINATION ACTION PROCESSED

| 46. Employing Department or Agency<br>IF - INTER-AMERICAN FOUNDATI | 50. Signature/Authentication and Title of Approving Official<br>251189419 / ELECTRONICALLY SIGNED BY: |
|---|---|
| 47. Agency Code<br>IF00 | 48. Personnel Office ID<br>1840 | 49. Approval Date<br>04/07/2025 | MELANIE STEWART<br>SUPVY HR SPECIALIST |

5–Part 50–316

**2 - OPF Copy - Long-Term Record - DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238