# Exhibit J



# RESOLUTION OF THE BOARD OF DIRECTORS

## APPOINTMENT OF PETER MAROCCO AS INTERIM PRESIDENT AND CHIEF EXECUTIVE OFFICER

WHEREAS, the IAF Board of Directors may appoint a chief executive officer on such terms as the Board may determine under 22 U.S.C. 290f;

WHEREAS, the Board of Directors met in closed session on February 28, 2025 and appointed Mr. Peter Marocco as temporary interim IAF President and Chief Executive Order;

Be it RESOLVED that as of February 28, 2025, Peter Marocco is designated as the interim IAF President and Chief Executive Order with all the powers delegated by the Board of Directors to that role.

CERTIFIED:

Peter Marocco
Chair of the Board of Directors

1331 Pennsylvania Avenue NW | Suite 300 South | Washington, D.C. 20004 | Tel: (202) 360-4530 | www.iaf.gov