# Exhibit K



**Fwd: FW: IAF Contract Terminations_per PMarocco as new President**

████████ <████████>  Fri, Feb 28, 2025 at 8:41 PM
To: OfficeDirector <OfficeDirector@iaf.gov>
Cc: ████████ <████████>, ████ <████████>

See the below.


www.iaf.gov

*Empowered Communities, Sustainable Results*

---------- Forwarded message ---------
From: ████████ <████████████████>
Date: Fri, Feb 28, 2025 at 8:32 PM
Subject: FW: IAF Contract Terminations
To: ████████ <█████████>
Cc: ████████ <████████████████>

████,

My apology for the late night notification. I wanted to inform you that ARC received a directive this evening through the Treasury SPE, as authorized by IAFs newly appointed President Peter Marocco, to terminate IAF contracts. The contracts we were instructed <u>not</u> terminate are highlighted in the attached spreadsheet. Please be advised that ARC procurement is taking action immediately this evening to execute these terminations as directed. We will be issuing the English version of the modification only this evening in order for our team to execute all of the terminations timely, however we will issue the translated versions next week, if requested.

If you have any questions, please do not hesitate to reach out to ████, ████ or myself.

Thank you

████



|  | **, Manager** |
|---|---|
|  | Non Treasury Acquisition Branch (NTAB) |
|  | Division of Procurement Services |
|  | Bureau of the Fiscal Service |
|  | **Phone** |
|  | **Email** |

**From:** Ethan Shaotran - AD <​​​​​​​​​​​​​​​​​​​​>
**Sent:** Friday, February 28, 2025 6:15 PM
**To:** @treasury.gov
**Cc:** <​​​​​​​​​​​​​​​​​​​​​​​​​​>;
**Subject:** Re: IAF Contract Terminations

**CAUTION**: This email has originated from an external entity. **PLEASE CONSIDER THE SOURCE** before responding, clicking on links, or opening attachments.

This email is from a US Government agency.

Hi all, here is the final list - 12 green rows to keep until further notice.

On Fri, Feb 28, 2025 at 6:12 PM <​​​​​​​​​@treasury.gov> wrote:

> I defer to Ethan on confirmation of the list.
>
> 

**From:** ███████ <███████@fiscal.treasury.gov>
**Sent:** Friday, February 28, 2025 6:11 PM
**To:** Ethan Shaotran - AD <███████>; Marocco, Peter W <███████>
**Cc:** ███████ <███████>
**Subject:** RE: IAF Contract Terminations

---

This message was sent securely using Zix®

---

My team is getting ready to go to work on the terminations. We're certain this the final list to keep?

Thanks,



---

**From:** Ethan Shaotran - AD <███████>
**Sent:** Friday, February 28, 2025 6:09 PM
**To:** Marocco, Peter W <███████>
**Cc:** ███████; ███████ <███████>
**Subject:** Re: IAF Contract Terminations

**CAUTION**: This email has originated from an external entity. **PLEASE CONSIDER THE SOURCE** before responding, clicking on links, or opening attachments.

---

This email is from a US Government agency.

---

Hi ███,

Please do not cancel the following ten contracts (mostly IT/HR systems) until further notice. Please let me know if you have any questions.

- 20343125A00001
- 20343121C00018
- 20343123F00003
- 20343121F00014
- 20343122F00003
- 20343124P00003
- 20343124F00027
- 20346423F00010
- 20343124F00010
- 20343125F00002

Ethan

On Fri, Feb 28, 2025 at 5:20 PM Marocco, Peter W <​███████████████​> wrote:

> Ethan,
>
> Thanks for taking care of this for me while I was on the road.  Confirming Ethan's message below.
>
> Please let me know if you have any questions.
>
> Thanks,
>
> Pete
>
> **From:** Ethan Shaotran - AD <​███████████████​>
> **Sent:** Friday, February 28, 2025 5:16 PM
> **To:** ███████████████; ███████ <███████████████████████>
> **Cc:** Marocco, Peter W <███████████████>
> **Subject:** IAF Contract Terminations
>
> Hi ████ and ████,
>
> I'm confirming, on behalf of Pete Marocco (cc'ed), the newly designated acting president of Inter-American Foundation, that Fiscal Service is clear to terminate all contracts for convenience.
>
> Thank you.

This message was secured by **Zix**®.

 **IAF Active Contracts.xlsx**
170K