To Be Filed Under Seal

# Placeholder for Exhibit N