# Exhibit O



# Inter-American Foundation
*An Independent Agency of the U.S. Government*

## BYLAWS

## INTER-AMERICAN FOUNDATION

### ARTICLE 1 - BOARD OF DIRECTORS

**Section 1.**     All powers of the Foundation shall be vested in the Board of Directors ("Board"), except as may be otherwise delegated herein or by Resolution duly adopted by the Board to officers or agents of the Foundation. The Board shall direct the exercise of all powers of the Foundation.

**Section 2.**     Without prejudice to the general powers of the Board, it is hereby expressly declared that the Board shall perform the following functions:

   (a)   The Board shall prescribe, amend, and repeal bylaws, rules and regulations governing the manner in which the business of the Foundation may be conducted and in which the powers granted to it by law may be exercised and enjoyed:

   (b)   The Board shall annually approve for transmission to the Office of Management and Budget a budget as required by law.

**Section 3.**     The Board officers are the Chair, the Vice-Chair, and the Secretary. The Chair and the Vice-Chair are both designated by the President of the United States. The Chair shall designate one of the members of the Board to serve at the Chair's discretion as the Secretary of the Board.

901 N. Stuart Street • Arlington, Virginia 22203 • Phone: 703-841-3800 • Fax: 703-841-0973 • TDD: 703-841-7469

-2-

**Section 4.**    The Chair of the Board shall preside at all Board meetings. The Vice-Chair of the Board shall, in the absence of the Chair, preside over meetings of the Board.

**Section 5.**    The Secretary shall be responsible for preparing minutes of Board meetings, drafting corporate resolutions, affixing and attesting corporate documents, and carrying out any other responsibilities that may be assigned by the Board, consistent with law. The position of Secretary shall carry a term of up to three years from appointment at the discretion of the Chair. Except as provided in Article IV, Section 2 herein, the responsibilities and duties assigned to the Secretary may be delegated by the Secretary to an Assistant Secretary.

### ARTICLE II - BOARD PROCEDURE

**Section 1.**    The Board shall meet upon call of the Chair or the President or shall be called upon request of any three members of the Board. The Secretary shall give notice of the time, place, and purpose of each meeting by mailing the same at least 10 days before the meeting, or by electronically communicating the same at least 7 days before the meeting to each Director. Any meeting at which a quorum is present shall be a legal meeting without regard to the foregoing notice provisions if each Director not present gives written consent to the meeting within 10 days thereafter.

-3-

**Section 2.**    A majority of the members of the Board shall constitute a quorum for the transaction of business at any meeting. The vote of the majority attending a meeting shall constitute action of the Board of Directors, except that approval by a majority present and voting on a particular question shall be sufficient to constitute action of the Board of Directors under the circumstances specified in Section 4 of this Article.

On matters of importance which must be decided between scheduled meetings, the Chair or President may poll the members of the Board in writing or by telephone. Approval by a majority of the Board on such matters shall constitute action of the Board.

**Section 3.**    Any Director who deems it necessary or prudent to disqualify himself from participation in Board action on any matter in which he may have a conflict of interest shall advise the Chair of his disqualification. A Director who is so disqualified shall be counted as present at the Board meeting for quorum purposes. A majority of the Directors present and voting shall be sufficient to constitute Board action on any question on which one or more Directors shall have disqualified himself by reason of conflict of interest.

**Section 4.**    In furtherance and not in limitation of the powers conferred upon it, the Board may appoint such committees to carry out the Foundation's work as the Board deems to be in

-4-

the best interests of the Foundation. Each committee shall consist of two or more members of the Board.

**Section 5.**    The Bylaws may be amended at any meeting of the Board by a majority of the Board members serving provided that notice of the general nature of any proposed amendment has been given in the manner prescribed in Section 1 of Article II, and provided further, that such notice may be waived by the written consent of each Director.

### ARTICLE III - OFFICERS

**Section 1.**    The Foundation's officers shall consist of a President, one or more Vice Presidents (the number thereof to be determined by the President), an Assistant Secretary, and other officers as may be designated by the President.

**Section 2.**    The President shall be the chief executive officer of the Foundation, responsible to and under the general direction of the Board. The President shall have general supervision, direction and control of the day-to-day business and the officers of the Foundation in accordance with policies established by the Board, and shall exercise all powers and authorities of the Foundation except as the Board may otherwise provide. The President shall represent the Foundation in its relations with the Congress of the United States, with agencies

-5-

and departments of the Government, and with all other interested parties. Any statute or regulation which provides for the exercise of any functions or authorities by a head of agency shall be exercised by the President. Except as limited by action of the Board, the President may make rules and regulations with respect to the Foundation and its business and may redelegate all or any part of this authority to other Foundation officers.

**Section 3.** Except as may be otherwise provided by law or action of the Board, the President may appoint or remove such officers, employees, attorneys, and agents as the President deems necessary and may prescribe their duties and fix their salaries or other compensation. The President shall promptly notify the Board of any planned appointment or removal of any officer prior to the appointment or removal of such officer. The powers herein confirmed relating to the appointment and removal of officers, employees, attorneys, and agents shall be in conformity with basic policy decisions developed by the Board and subject to the provisions of law and of rules and regulations of the Office of Personnel Management to the extent applicable by law.

### ARTICLE IV - CORPORATE SEAL

**Section 1.**    Seal. The seal of the Foundation shall be in such form as may be approved, from time to time, by the Board.

-6-

**Section 2.**     Affixing and Attesting.  The seal of the Foundation shall be in the custody of the Secretary, who shall have power to affix it to the proper corporate instruments and documents, and who shall attest it.  In his absence, it may be affixed and attested by an Assistant Secretary, if any, or by any other person or persons as may be designated by the Board.

CERTIFIED:

_____          ___11/3/94_____
Ann Brownell Sloane                                        Date
Board Secretary