UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA AVIEL,<br><br>            *Plaintiff,*<br><br>            –v.–<br><br>SERGIO GOR, *et. al.*,<br><br>            *Defendants.* | Case No. 25-cv-00778-LLA |

**[PROPOSED] ORDER GRANTING PERMANENT INJUNCTION AND ENTERING JUDGMENT ON THE MERITS**

Upon consideration of Plaintiff Sara Aviel's motion for summary judgment seeking a permanent injunction and judgement on the merits, Plaintiff's motion is **GRANTED**. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

Plaintiff Sara Aviel was unlawfully terminated from her position as president and CEO of the Inter-American Foundation ("IAF"). Defendants are permanently **ENJOINED** from removing Sara Aviel from her position as president and CEO of the IAF, from denying her the benefits of that position, and from otherwise obstructing her ability to carry out that position, absent a decision by a lawfully constituted Board of the IAF. It is further

**ORDERED** that Peter Marocco is enjoined from serving as an "acting" Board member of the IAF and from carrying out the duties of that position in any way, shape, or form, absent a lawful appointment under Article II of the United States Constitution and the Federal Vacancies Reform Act, 5 U.S.C. § 3345 *et seq*. It is further

**ORDERED** that Defendants may not appoint Peter Marocco or any other individual as an "acting" member of the IAF Board, and may not appoint Peter Marocco or any other individual as a permanent member of the IAF Board, absent Senate confirmation. It is further

**ORDERED** that any actions taken by Peter Marocco in his role as "acting" Board member of the IAF—including, but not limited to, the removal of Ms. Aviel as president and CEO of the IAF, the termination of any grants or other forms of agreements entered into by the IAF, and the attempted reduction-in-force of the IAF's employees—are *void ab initio* and without any legal effect.

**SO ORDERED.**

_____
LOREN L. ALKHAN
United States District Judge

Date: April \_\_\_, 2025