UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA AVIEL, <br><br> Plaintiff, <br><br> v. <br><br> SERGIO GOR, et al., <br><br> Defendants. | Civil Action No. 25-0778 (LLA) |

**MOTION FOR EXTENSION OF TIME TO BRIEF SUMMARY JUDGMENT**

Pursuant to Rule 6(b), Defendants, various government components and officials, including the President, sued in their official capacities, respectfully move the remaining deadlines by five days. The most immediately affected deadline is Defendant's opposition and cross-motion for summary judgment, currently due on May 2, 2025. Counsel for the parties conferred under Local Civil Rule 7(m) and Plaintiff opposes this motion.

There is good cause for the Court to grant the requested relief.

1. After granting Plaintiff's motion for a temporary restraining order and preliminary injunction, the Court, at Plaintiff's request, entered a briefing schedule for summary judgment. Specifically, the Court ordered that (1) Plaintiff shall file her motion for summary judgment on or before April 18, 2025; (2) Defendants shall file their opposition and any cross-motion for summary judgment on or before May 2, 2025; (3) Plaintiff shall file her reply and opposition to Defendants' cross-motion for summary judgment, if any, on or before May 9, 2025; and (4) Defendants shall file their reply in support of their cross-motion for summary judgment, if any, on or before May 16, 2025. Min Order, Apr. 10, 2025.

2.	Plaintiff timely filed her motion for summary judgment on April 18, 2025, but Defendants require additional five days to prepare their cross motion.

3.	Although the undersigned counsel has been working diligently to prepare Defendants' filing since last week, the undersigned counsel was assigned to respond to a motion for a temporary restraining order in *Dennard v. Rollins*, Civ. A. No. 25-879 (ACR). The United States Attorney's Office has been tasked with handling an unusually large number of emergency matters, with expedited briefing deadlines, recently. In addition, the undersigned counsel was substantially preoccupied with preparing for a hearing on the parties' cross-motions for summary judgment on the 340B Drug Discount Program – a hearing that involved five different cases. *See e.g., Eli Lilly & Co. v. Kennedy*, Civ. A. No. 24-3220 (DLF).

4.	In addition, the undersigned need to file another a reply brief on April 30, 2025, involving yet another case dealing with the 340B Drug Discount Program. *See Johnson & Johnson v. Kennedy*, Civ. A. No. 24-3188 (RC).

5.	In between, the undersigned counsel is also working to meet other court and litigation deadlines. Given the substantial workload, the undersigned needs additional time to complete preparing Defendant's draft brief sufficiently in advance of the deadline for requisite review and approval prior to filing it with the Court.

6.	This is the first time Defendants have sought an extension of any filing deadlines and granting a short extension of five days will not cause undue prejudice to plaintiff, nor will it adversely affect the Court's orderly administration of this case.

7.	For the foregoing reasons, Defendant respectfully move the Court to modify the remaining deadlines as follows:

| Events | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Defendants' combined opposition and cross-motion for summary judgment | May 2, 2025 | May 7, 2025 |
| Plaintiff's combined reply and opposition | May 9, 2025 | May 14, 2025 |
| Defendants' reply | May 16, 2025 | May 21, 2025 |

Dated: April 30, 2025

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:         */s/ John J. Bardo*
JOHN J. BARDO, D.C. BAR #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*

3