UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA AVIEL,<br><br>          Plaintiff,<br><br>     v.<br><br>SERGIO GOR, et al.,<br><br>          Defendants. | Civil Action No. 25-0778 (LLA) |

## [PROPOSED] ORDER

Upon consideration of Defendants' motion to modify briefing schedule and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that the April 10, 2025, Order shall be modified as follows:

| Events | Deadlines |
|---|---|
| Defendants' combined opposition and cross-motion for summary judgment | May 7, 2025 |
| Plaintiff's combined reply and opposition | May 14, 2025 |
| Defendants' reply | May 21, 2025 |

SO ORDERED.

_____                                            _____
Dated                                                LOREN L. ALIKHAN
                                                     United States District Judge

4