UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SARA AVIEL,

        Plaintiff,

   v.

SERGIO GOR, et al.,

        Defendants.

Civil Action No. 25-0778 (LLA)

# DEFEENDANTS' LOCAL RULE 7(h) STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE DISPUTE

1. Plaintiff Sara Aviel was appointed president of the Foundation by the Board of Directors on March 7, 2022.  Aviel Decl. ¶ 3 (ECF No. 5-2).

2. On Febuary 24, 2025, as part of his efforts to implement Executive Order 14,217, President Trump removed three of the four Board members.  Compl. ¶ 65 (ECF No. 1).

3. President Trump removed the remaining Board member on February 26, 2025.  Compl. ¶ 65 (ECF No. 1).

4. On February 28, 2025, President Trump designated Pete Marocco as acting Chairman of the Board.  Marocco Decl. ¶ 3 (ECF No. 14-1).

5. As the sole member of the Board, Marocco removed Aviel from her position as president of the Foundation.  Marocco Decl. ¶ 3 (ECF No. 14-1).

6. The following week, Marocco appointed Dominic Bumbaca as president of the Foundation.  Marocco Decl. ¶ 4 (ECF No. 14-1).

7. President Trump did not intend for Marocco's designation as an acting Board member to be permanent because on March 10, 2025, President Trump nominated Kenneth

- 2 -

Jackson and Russell Vought to serve as members of the Foundation Board. *See* White House's Nomination to U.S. Senate (March 10, 2025) (ECF No. 19-1).

8. Jackson and Vought are awaiting senate confirmation. PN29-1 — Kenneth Jackson — Inter-American Foundation; PN29-4 — Russell Vought — Inter-American Foundation

Dated: May 7, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:     */s/ John J. Bardo*
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*