UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA AVIEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGIO GOR, et al.,<br><br>　　　　　Defendants. | Civil Action No. 25-0778 (LLA) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's motion for summary judgment, Defendants' cross motion for summary judgment, and the entire record herein, it is hereby

ORDERED Plaintiff's motion for summary judgment is DENIED; and it is

FURTHER ORDERED Defendant's cross-motion for summary judgment is GRANTED.

SO ORDERED:


_____       _____
Date                                                        LOREN L. ALIKHAN
                                                                   United States District Judge