UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SARA AVIEL,

        *Plaintiff,*

        –v.–

SERGIO GOR, *et. al.*,

        *Defendants.*

Case No. 25-cv-00778-LLA

## AFFIDAVIT OF SERVICE

I, Eric Brown, declare and state as follows:

    1.    I am at least 18 years of age or older and not a party to this lawsuit.

    2.    My business address is 2100 L Street NW, Suite 400, Washington, DC 20037.

    3.    On the 31st day of March, 2025, I caused to be deposited in the United States Postal Service a copy of the summons and complaint in the above-captioned case, postage prepaid, addressed to the following defendants:

> Sergio Gor, *in his official capacity as Director of the White House Presidential Personnel Office*
> 1600 Pennsylvania Avenue NW
> Washington, DC 20500
>
> Peter Marocco, *in his official capacity as Acting Deputy Administrator for Policy and Planning and for Management and Resources for USAID and Director of Foreign Assistance at the Department of State and in his purported official capacity as Chairman of the Board of the Inter-American Foundation and President of the Inter-American Foundation*
> 1300 Pennsylvania Avenue NW
> Washington, DC 20004
>
> U.S. DOGE Service
> 736 Jackson Place NW
> Washington, DC 20503

U.S. DOGE Service Temporary Organization
736 Jackson Place NW
Washington, DC 20503

Amy Gleason, *in her official capacity as the Acting Administrator of the U.S. DOGE Service and the U.S. DOGE Service Temporary Organization*
736 Jackson Place NW
Washington, DC 20503

Stephen Ehikian, *in his official capacity as Acting Administrator of the U.S. General Services Administration*
1800 F Street NW
Washington, DC 20405

Scott Bessent, *in his official capacity as Secretary of the Treasury*
1500 Pennsylvania Avenue NW
Washington, DC 20503

Donald J. Trump, *in his official capacity as President of the United States of America*
1600 Pennsylvania Avenue NW
Washington, DC 20500

4. Copies of the Certified Mail receipts for each of the above-listed parties and Attorney General Pamela J. Bondi, copies of proofs of delivery, and acceptance of service for Peter Marocco are attached hereto.

5. My colleague, Aaron Chou, ensured that on April 1, 2025, email service of the summons and complaint in the above-captioned case was effectuated upon the U.S. Attorney's Office for the District of Columbia ("USADC") according to USADC's published guidance. On April 5, 2025, USADC responded by email indicating that the service package was received and accepted. That email is attached hereto.

Executed and dated this 8th day of May, 2025, in Washington, DC.

Signed:      */s/ Eric Brown*

Print Name:  Eric Brown