7017 1450 0001 9147 4908

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee $ 4.85

Extra Services & Fees *(check box, add fee as appropriate)*
- [x] Return Receipt (hardcopy) $ 4.10
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage $ 2.87

Total Postage and Fees $ 11.82

Postmark Here: FARRAGUT STATION POST OFFICE WASHINGTON, DC 20033 MAR 31 2025

*Sent To* Donald J. Trump
*Street and Apt. No., or PO Box No.* 1600 Pennsylvania Ave., N W
*City, State, ZIP+4®* Washington, DC 20500

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7017 1450 0001 9147 4892

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee $ 4.85

Extra Services & Fees *(check box, add fee as appropriate)*
- [x] Return Receipt (hardcopy) $ 4.10
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage $ 2.87

Total Postage and Fees $ 11.82

Postmark Here: FARRAGUT STATION POST OFFICE WASHINGTON, DC 20033 MAR 31 2025

*Sent To* Sergio Gor
*Street and Apt. No., or PO Box No.* 1600 Pennsylvania Ave., NW
*City, State, ZIP+4®* Washington, DC 20500

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7017 1450 0001 9147 4885

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee $ 4.85

Extra Services & Fees *(check box, add fee as appropriate)*
- [x] Return Receipt (hardcopy) $ 4.10
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage $ 2.87

Total Postage and Fees $ 11.82

Postmark Here: FARRAGUT STATION POST OFFICE WASHINGTON, DC 20033 MAR 31 2025

*Sent To* Pete Marocco
*Street and Apt. No., or PO Box No.* 1300 Pennsylvania Ave., NW
*City, State, ZIP+4®* Washington, DC 20004

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7017 1450 0001 9147 4861

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee $ 4.85

Extra Services & Fees *(check box, add fee as appropriate)*
- [x] Return Receipt (hardcopy) $ 4.10
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage $ 2.87

Total Postage and Fees $ 11.82

Postmark Here: FARRAGUT STATION POST OFFICE WASHINGTON, DC 20033 MAR 31 2025

*Sent To* U.S. DOGE Service Temp. Org.
*Street and Apt. No., or PO Box No.* 736 Jackson Place, NW
*City, State, ZIP+4®* Washington, DC 20503

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7017 1450 0001 9147 4847

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee $ 4.85

Extra Services & Fees *(check box, add fee as appropriate)*
- [x] Return Receipt (hardcopy) $ 4.10
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage $ 2.87

Total Postage and Fees $ 11.82

Postmark Here: FARRAGUT STATION POST OFFICE WASHINGTON, DC 20033 MAR 31 2025

*Sent To* Pamela J. Bondi
*Street and Apt. No., or PO Box No.* 950 Pennsylvania Ave., NW
*City, State, ZIP+4®* Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7017 1450 0001 9147 4854

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee $ 4.85

Extra Services & Fees *(check box, add fee as appropriate)*
- [x] Return Receipt (hardcopy) $ 4.10
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage $ 2.87

Total Postage and Fees $ 11.82

Postmark Here: FARRAGUT STATION POST OFFICE WASHINGTON, DC 20033 MAR 31 2025

*Sent To* Amy Gleason
*Street and Apt. No., or PO Box No.* 736 Jackson Place, NW
*City, State, ZIP+4®* Washington, DC 20503

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**Receipt 1:**
- Tracking: 7017 1450 0001 9147 4915
- U.S. Postal Service Certified Mail Receipt
- Certified Mail Fee: $4.85
- Return Receipt (hardcopy): $4.10
- Postage: $2.87
- Total Postage and Fees: $11.82
- Postmark: MAR 31 2025, Farragut Station Post Office, Washington, DC 20038
- Sent To: Scott Bessent
- Street: 1500 Pennsylvania Ave., NW
- City, State, ZIP: Washington, DC 20220

**Receipt 2:**
- Tracking: 7017 1450 0001 9147 4878
- U.S. Postal Service Certified Mail Receipt
- Certified Mail Fee: $4.85
- Return Receipt (hardcopy): $4.10
- Postage: $2.87
- Total Postage and Fees: $11.82
- Postmark: MAR 31 2025, Farragut Station Post Office, Washington, DC 20038
- Sent To: U.S. DOGE Service
- Street: 730 Jackson Place, NW
- City, State, ZIP: Washington, DC 20503

**Receipt 3:**
- Tracking: 7017 1450 0001 9147 4922
- U.S. Postal Service Certified Mail Receipt
- Certified Mail Fee: $4.85
- Return Receipt (hardcopy): $4.10
- Postage: $2.87
- Total Postage and Fees: $11.82
- Postmark: MAR 31 2025, Farragut Station Post Office, Washington, DC 20038
- Sent To: Stephen Ehikian
- Street: 1800 F St., NW
- City, State, ZIP: Washington, DC 20405

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70171450000191474908

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 4:12 am on April 10, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20500
April 10, 2025, 4:12 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**          ˅

**USPS Tracking Plus®**          ˅

**Product Information**          ˅

See Less ˄

**Tracking Number:**                                              Remove ✕

# 70171450000191474892

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:12 am on April 10, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
April 10, 2025, 4:12 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ∨

Remove ✕

**Tracking Number:**

# 70171450000191474861

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:12 am on April 10, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
April 10, 2025, 4:12 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ∨

Remove ✕

**Tracking Number:**

# 70171450000191474847

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:14 am on April 7, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
April 7, 2025, 5:14 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ∨

**Tracking Number:**                                                                                                  Remove ✕

# 70171450000191474854

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 4:12 am on April 10, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
April 10, 2025, 4:12 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Tracking Number:　　　　　　　　　　　　　　　　　　　　　Remove ✕

# 70171450000191474915

Copy　　　　Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:16 am on April 7, 2025 in WASHINGTON, DC 20220.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20220
April 7, 2025, 4:16 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Tracking Number:　　　　　　　　　　　　　　　　　　　　　Remove ✕

# 70171450000191474878

Copy　　　　Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:12 am on April 10, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20500
April 10, 2025, 4:12 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More

Tracking Number:

# 70171450000191474922

Remove ✕

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 1:19 pm on April 21, 2025 in WASHINGTON, DC 20405.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

**Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20405
April 21, 2025, 1:19 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**Chou, Aaron**
___

| | |
|---|---|
| **From:** | Zelinsky, Aaron |
| **Sent:** | Thursday, May 8, 2025 3:47 PM |
| **To:** | Chou, Aaron |
| **Subject:** | FW: Quick Question - Aviel v. Gor |

**From:** Bardo, John (USADC) <John.Bardo@usdoj.gov>
**Sent:** Thursday, May 8, 2025 1:59 PM
**To:** Zelinsky, Aaron <azelinsky@zuckerman.com>
**Subject:** RE: Quick Question - Aviel v. Gor

Aaron,

Because Peter Marocco was sued in his official capacity, serving the government is sufficient to have served Mr. Marocco.

**John J. "Jack" Bardo**
Assistant United States Attorney
Phone: (202) 870-6770

**From:** Zelinsky, Aaron <azelinsky@zuckerman.com>
**Sent:** Thursday, May 8, 2025 1:43 PM
**To:** Bardo, John (USADC) <John.Bardo@usdoj.gov>
**Subject:** [EXTERNAL] Quick Question

Jack-

I've got a quick question related to service of a summons on Mr. Marocco- can you call me at 410.949.1167?

Thanks,
Aaron



**Aaron Zelinsky**
**Zuckerman Spaeder LLP**
**azelinsky@zuckerman.com**

1

100 EAST PRATT STREET, SUITE 2440 • BALTIMORE, MD 21202-1031
410.949.1167 direct • 443.970.0514 mobile • 410.659.0436 fax

► **Download vCard | zuckerman.com**

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.