## Chou, Aaron

| | |
|---|---|
| **From:** | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| **Sent:** | Saturday, April 5, 2025 5:22 PM |
| **To:** | Chou, Aaron |
| **Subject:** | RE: Aviel v. Gor, 25-778 |

Your service package has been received and accepted with a service date of April 1, 2025.  Thank you.

---

**From:** Chou, Aaron <AChou@zuckerman.com>
**Sent:** Tuesday, April 1, 2025 10:30 AM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Aviel v. Gor, 25-778



**Aaron Chou**
**Zuckerman Spaeder LLP**
AChou@zuckerman.com

*We've moved! Please visit us at:*
2100 L STREET NW, SUITE 400 • WASHINGTON, DC 20037-1525
202.778.1864 direct • 202.822.8106 fax

► Download vCard | zuckerman.com

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.