# Exhibit P

**From:** "Morse, Trent M. EOP/WHO" <<u>Trent.M.Morse@who.eop.gov</u>>
**Date:** February 26, 2025 at 6:45:12 PM EST
**To:** <u>lviada@iaf.gov</u>
**Subject: Message from PPO**

Luis,

At the direction of President Donald J. Trump, I am writing to inform you that your position as a board member of the Inter-American Foundation is terminated, effective immediately.

Trent Morse

Deputy Director
Office of Presidential Personnel