UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA AVIEL, <br><br> Plaintiff, <br><br> v. <br><br> SERGIO GOR, et al., <br><br> Defendants. | Civil Action No. 25-0778 (LLA) |

**DEFENDANTS' CONSENT MOTION TO VACATE
THE OBLIGATION TO FILE AN ANSWER**

Defendants, various high-level government officials including the President, respectfully move the Court for an order vacating their obligation to file an Answer to Plaintiff Sara Aviel complaint. Plaintiff, through counsel, consents to the relief sought in this motion.

1. Plaintiff brought this lawsuit challenging Defendants' decision to remove her from her position as president of the Inter-American Foundation.

2. Since Plaintiff filed this lawsuit, the parties cross-moved for summary judgment. See ECF Nos. 35, 40. Those motions are fully briefed and ripe for ruling.

3. Defendants' deadline to file an answer to the complaint is June 2, 2025. But because the parties have already briefed summary judgment, any answer that Defendants file would not provide any additional insights into the partes' dispute that cannot be discerned through the summary judgment papers.

4. Indeed, Defendants anticipate that the Court's ruling on the parties' motions for summary judgment will result in a final appealable order.

5. Thus, Defendants aver that an order excusing their obligation to file an answer would conserve the parties' and the Court's resources without affecting the disposition of the case.

Dated: May 31, 2025
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ John J. Bardo*
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*