**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SARA AVIEL, *Plaintiff,* –v.– SERGIO GOR, *et. al.*, *Defendants.* | Case No. 25-cv-00778-LLA |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Sara Aviel respectfully submits this Notice of Supplemental Authority in support of her pending motion for summary judgment (ECF No. 35).

On June 5, 2025, in *Aviel v. Gor*, 25-5105 (slip op. enclosed), the Court of Appeals for the District of Columbia Circuit denied the government's request for an emergency stay of this Court's preliminary injunction. The Court of Appeals wrote that "the government is unlikely to succeed on the merits of its contentions that Aviel (1) was not permissibly removed from her positions as CEO and (2) is not entitled to reinstatements as a remedy." *Id.* at 2.

The decision is relevant in two respects: First, the decision confirms that this Court properly analyzed the legal issues at the preliminary injunction stage. *See id.* at 1-3. Second, the stay panel confirmed that this Court has the authority to issue injunctive relief to remedy Plaintiff's putative removal. *See id.* at 3-4; *accord Harris v. Bessent*, 2025 WL 1021435 (D.C. Cir. 2025) (per curiam). But out of an abundance of caution, and to put the government's remedies arguments to rest, Plaintiff reiterates her prior request that this Court grant mandamus as an alternative remedy in addition to injunctive and declaratory relief. *See, e.g.*, ECF No. 35 at 32; *accord Harris v.*

*Bessent*, 2025 WL 679303, at *15 (D.D.C. Mar. 4, 2025) ("Were equitable injunctive relief unavailable here, however, the Court would not hesitate to vigilantly enforce federal law and award necessary relief through a writ of mandamus as an alternative remedy at law.") (cleaned up).

Dated: June 8, 2025                                        Respectfully submitted,

*/s/ Aaron Zelinsky*_____
Aaron S.J. Zelinsky
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
Tel: (410) 332-0444
Fax: (410) 659-0436
azelinsky@zuckerman.com

Aaron Chou (DC Bar No. 90020425)
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8106
achou@zuckerman.com

*Attorneys for Plaintiff Sara Aviel*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 8th day of June, 2025, I caused the foregoing to be served on counsel of record via the Court's electronic case filing system.

/s/ Aaron S.J. Zelinsky
Aaron S.J. Zelinsky

*Attorney for Plaintiff Sara Aviel*