UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SARA AVIEL,

    *Plaintiff*,

v.

SERGIO GOR, *et al.*,

    *Defendants*.

Civil Action No. 25 - 778 (LLA)

## ORDER

For the reasons stated in the court's Memorandum Opinion, ECF No. 50, it is hereby **ORDERED** that Plaintiff Sara Aviel's Motion for Summary Judgment, ECF No. 35, is **GRANTED** and Defendants' Cross-Motion for Summary Judgment, ECF No. 40, is **DENIED**. It is further

**DECLARED** that the purported removal of Sara Aviel from the Inter-American Foundation (the "IAF") by President Trump and Pete Marocco was unlawful under Article II of the U.S. Constitution and the Federal Vacancies Reform Act ("FVRA"), 5 U.S.C. § 3345 *et seq.*, and was therefore without legal effect. It is further

**DECLARED** that members of the IAF Board may not be appointed except in accordance with Article II of the U.S. Constitution. It is further

**DECLARED** that the FVRA does not permit the appointment of acting Board members to the IAF Board. It is further

**DECLARED** that Sara Aviel remains the rightful president and chief executive officer ("CEO") of the IAF and that she may only be removed by a properly constituted Board of the IAF. It is further

**ORDERED** that Defendants Sergio Gor, Pete Marocco, Amy Gleason, Stephen Ehikian, Scott Bessent, the U.S. DOGE Service, the U.S. DOGE Service Temporary Organization, and their subordinates and agents are **ENJOINED** from removing Sara Aviel from her lawful position as president and CEO of the IAF, from denying her the benefits of that position, and from interfering with her right to perform her duties as president and CEO of the IAF until she is lawfully removed by a properly constituted Board of the IAF.  It is further

**ORDERED** that Pete Marocco is **ENJOINED** from serving as an "acting" Board member of the IAF Board and from carrying out any of the duties of that position in any way, shape, or form, absent a lawful appointment pursuant to Article II of the U.S. Constitution.

This Order constitutes a final judgment of the court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure.  The Clerk of Court is directed to terminate the case.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:   August 14, 2025